**1016**

**UNITED STATES of America v. George W. CLARKE, David Baggleman, and Sarah Baggleman.**

No. 7259.

Circuit Court of Appeals, Sixth Circuit.

May 6, 1936.

Gregory H. Frederick, U. S. Atty., and Dean Lucking, both of Detroit, Mich., for the United States.

Leslie T. Jones and Richard S. Weber, both of Detroit, Mich., for appellee.

PER CURIAM.

Dismissed pursuant to motion of appellant.

**UNITED STATES of America, Appellant, v. Leo FAVOROSA, by Mamie Favorosa.**

No. 10683.

Circuit Court of Appeals, Eighth Circuit.

June 6, 1936.

Maurice M. Milligan, U. S. Atty., and Randall Wilson, Asst. U. S. Atty., both of Kansas City, Mo.

Anthony P. Nugent, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion of counsel for appellant and consent of appellee and certificate of clerk, of the United States District Court under rule 26.

**UNITED STATES of America v. GARBUTT OIL COMPANY.**

No. 8286.

Circuit Court of Appeals, Ninth Circuit.

July 20, 1936.

Peirson M. Hall, U. S. Atty., and E. H. Mitchell, Sp. Asst. to U. S. Atty., both of Los Angeles, Cal., for the United States.

Claude I. Parker, of Los Angeles, Cal., for appellee.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellant, ordered appeal dismissed; mandate forthwith.

**UNITED STATES of America, Appellant, v. Frances E. GILLIAND, Appellee.**

No. 7036.

Circuit Court of Appeals, Sixth Circuit.

June 4, 1936.

Francis C. Canny, U. S. Atty., of Cincinnati, Ohio.

Paul M. Herbert, of Columbus, Ohio, for appellee.

Before MOORMAN, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

The court being of opinion that there was not substantial evidence on which to submit to the jury the question as to whether the deceased, Gilliand, became totally and permanently disabled during the life of the policy sued on, it is ordered that the judgment be reversed and the cause remanded for a new trial.